UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RICHARD A. KIRKHAM, | ) | CASE NO. C05-1282-JLR-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| JIM FERREL, Deputy Prosecuting Attorney, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion to amend his complaint (Dkt. No. 8) is DENIED.

(3) Plaintiff's complaint and this action are DISMISSED without prejudice.

/ / /

/ / /

/ / /

ORDER OF DISMISSAL
PAGE -1

(4)   The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 28th day of November, 2005.

_____
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -2